UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| REX G. CHASE,<br><br>        Plaintiff,<br><br>   vs.<br><br>SETON MEDICAL CENTER, a California<br>Corporation, et al.,<br><br>       Defendants. | Case No:  C 10-3066 SBA<br><br>**ORDER SETTING BRIEFING<br>SCHEDULE** |

      Plaintiff has filed a motion to remand.  (Docket 11.)  Defendants shall file their opposition or statement of non-opposition to the motion by no later than September 2, 2010.  The failure to file a timely response will be deemed to be a consent to the granting of the motion.  Plaintiff shall file his reply by no later than September 9, 2010.  Pursuant to Federal Rule of Civil Procedure 78(b), the Court may adjudicate the motion without oral argument.  The parties are advised to consult the Court's website to determine whether an appearance on the motion is necessary.

      IT IS SO ORDERED.

Dated:  8/16/10

                                  *Saundra B Armstrong*
                                SAUNDRA BROWN ARMSTRONG
                                United States District Judge